NOT JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Chris Langer**,

        Plaintiff,

  v.

**Pascual Rivera**; and Does 1-10,

        Defendant.

Case: 8:20-cv-00738-SB-DFM

Judgment Re: Summary Judgment

     Following the Court's ruling on June 14, 2021, granting Plaintiff's Motion for Summary Judgment, it is hereby ordered and adjudged that Plaintiff Chris Langer is entitled to an injunction requiring Defendant to provide and maintain accessible parking at the property located at or about 2015 W. 17th Street, Santa Ana, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.  Defendant's objections to this judgment (Dkt. No. 37) are overruled.[1]

Dated: July 2, 2021

By: _____
Hon. Stanley Blumenfeld Jr.
United States District Judge

---

[1] Defendant objects, asserting that he ultimately remedied the violations at issue in this case.  But even assuming the truth of this claim—which the Court is not in a position to determine—Defendant did so after the Court granted summary judgment for Plaintiff and declined the request for additional time (for the reasons stated in the order granting summary judgment).  The objection to the judgment therefore has no merit.